UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lizabeth Ann Hilton v. Bayer Corporation et al* | No. 11-cv-11497-DRH |
| *Robin Hopkins v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11770-DRH |
| *Amber Huggins v. Bayer Corporation et al* | No. 10-cv-10622-DRH |
| *Casey Jackson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12109-DRH |
| *Ashley Johnson v. Bayer Corporation et al* | No. 10-cv-11841-DRH |
| *Whtiney P. Jones v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11722-DRH |
| *Amanda Jones v. Bayer Corporation et al* | No. 10-cv-10778-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 28, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                **JUSTINE FLANAGAN,**
                **ACTING CLERK OF COURT**

                BY: /s/*Caitlin Fischer*
                **Deputy Clerk**

**Dated:** July 28, 2014

Digitally signed by David R. Herndon
Date: 2014.07.28 14:13:06 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**